LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California  93709
Telephone:     (559) 779-2315
Facsimile:      (213) 352-1010

Attorney for Defendant
ROXANA DODIER

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#: 1:15-cr-00329-LJO-SKO |
| Plaintiff, | **STIPULATION AND O R D E R MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| ROXANA DODIER | |
| Defendant. | |

    Defendant ROXANA DODIER, though his counsel, respectfully requests that she be allowed to modify the conditions of his pre-trial release from home incarceration to curfew. Mrs. DODIER wishes to begin working at Alorica Fresno. Alorica Fresno a support call center for Verizon, located at 5104 North Blythe, Fresno, CA 9722, offered her employment opportunity and is an excellent opportunity for her to obtain and maintain gainful employment. Mrs. DODIER has been on home incarceration since March16, 2016. She is main source of support for her two daughters ages 4 and 5. Since her pre-trial release she had no employment and she is struggling both financially and emotionally.

    MRS. DODIER, never had any serious violations while on pre-trial release. This new, modified condition of release will still afford Pre-Trial services close monitoring of Mrs.DODIER in that she will have curfew and will continue to check in to her supervising Pre-Trial officer.

This counsel has spoken with the counsel for the government and there is no objection to this change of the conditions of his pretrial release. Likewise, Ryan Beckwith of Pre-Trial Services and he also indicated that if the U.S. Attorney doesn't object he would not object either.

Date: 7/7/2016　　　　　　　　　　　　　　　　*/s/Yan E. Shrayberman*
　　　　　　　　　　　　　　　　　　　　　　　　YAN E. SHRAYBERMAN

Date: 7/7/2016　　　　　　　　　　　　　　　　*/s/ Roxana Dodier*
　　　　　　　　　　　　　　　　　　　　　　　　ROXANA DODIER

Date:　　　　　　　　　　　　　　　　　　　　*/s/Melanie Alsworth*
　　　　　　　　　　　　　　　　　　　　　　　　MELANIE ALSWORTH

**ORDER**

Pursuant to the parties' Stipulation, **IT IS ORDERED**, that the conditions of ROXANA DODIER's pretrial release are hereby modified as follows:

**1.　The following conditions be removed from Ms. Dodier's conditions of pre-trial release**:

The defendant shall participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME INCARCERATION. You shall remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer.

**2.　The following condition shall be added to Ms. Dodier's conditions of release**:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations.

All other pre-trial release conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 8, 2016**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010