LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California 93709
Telephone:     (559) 779-2315
Facsimile:     (213) 352-1010

Attorney for Defendant
ROXANA DODIER

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#: 1:15-cr-00329-LJO-SKO |
| Plaintiff, | **STIPULATION AND O R D E R MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| ROXANA DODIER | |
| Defendant. | |

Defendant ROXANA DODIER, though his counsel, respectfully requests that she be allowed to modify the conditions of his pre-trial release to remove her location monitoring condition.

This counsel has spoken with the counsel for the government and there is no objection to this change of the conditions of his pretrial release. Likewise, Ryan Beckwith of Pre-Trial Services and he also indicated that if the U.S. Attorney doesn't object he would not object either.

Date: 4/27/2017                               */s/Yan E. Shrayberman*

                                                          YAN E. SHRAYBERMAN

Date: 4/27/2017                               */s/ Roxana Dodier*

                                                          ROXANA DODIER

Date:                                                   */s/Kimberlee Sanchez*

                                                          KIMBERLEE SANCHEZ

-1-

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT, | |
| 2 | | |
| 3 | EASTERN DISTRICT OF CALIFORNIA | |
| 4 | | |

| UNITED STATES OF AMERICA, | Court Case#: 1:15-cr-00329-LJO-SKO |
|---|---|
| Plaintiff, | **O R D E R MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| ROXANA DODIER | |
| Defendant. | |

**IT IS ORDERED**, that the conditions of ROXANA DODIER's pretrial release are hereby modified to

**The following conditions be removed from her conditions of pre-trial release**:

You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW:** You must remain inside your residence every day from 2100 to 0600, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other pre-trial release conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 2, 2017**

_____
UNITED STATES MAGISTRATE JUDGE
LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010