LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California  93709
Telephone:      (559) 779-2315
Facsimile:      (213) 352-1010

Attorney for Defendant
ROXANA DODIER

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#: 1:15-cr-00329-DAD-BAM |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] O R D E R WITHDRAWING GOVERNMENT'S REQUEST FOR A WARRANT** |
| v. | |
| ROXANA DODIER | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Kimberly Sanchez and Yan E. Shrayberman, counsel for Defendant Roxana Dodier hereby stipulate to withdraw the request for a warrant issued and held until February 28, 2018, by this court on February 26, 2018. Defendant is to personally appear at the next scheduled court hearing.

Date:  2.26.18                                             */s/Yan E. Shrayberman*
                                                                    YAN E. SHRAYBERMAN

Date:  2.26.18                                             */s/ Kimberly Sanchez*
                                                                    KIMBERLY SANCHEZ

STIPULATION AND [PROPOSED] O R D E R WITHDRAWING GOVERNMENT'S REQUEST FOR A WARRANT    -1-

ORDER

Based on the joint stipulation of the parties, and good cause appearing thereof IT IS ORDERED that the warrant for the arrest of Roxana Dodier issued and held until February 28, 2018, is hereby recalled. IT IS FURTHER ORDERED THAT Defendant Roxana Dodier personally appear at the next scheduled court appearance.

IT IS SO ORDERED.

Dated: **February 28, 2018**              /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010