HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, SBN # 282400
Chief Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-CR-00329-DAD-BAM-2 |
|---|---|
| *Plaintiff,* | ) **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) |
| ROXANA DODIER, | ) |
| *Defendant.* | ) |

Defendant, Roxana Dodier, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release.

On July 9, 2018, Ms. Dodier was sentenced to 24 months in custody followed by 36 months of supervised release with conditions. She began serving her term of supervised release on November 20, 2019. Ms. Dodier submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. After reviewing Ms. Dodier Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: January 12, 2022         */s/ Jerome Price*
                                JEROME PRICE
                                Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant Roxana Dodier is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **January 13, 2022**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE