**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
ROXANA DODIER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> v. <br><br> ROXANA DODIER, <br><br> Defendant. | No. 1:15-cr-00329-ADA-BAM-2 <br><br> **ORDER TO TERMINATE SUPERVISED RELEASE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, Honorable Ana de Alba and Kirk Sherriff, Assistant U.S. Attorney:

**IT IS SO ORDERED** that defenses' Motion for Early Termination of Supervised RELASED (Doc. No. 195) is granted. This Ms. Roxana Dodier is hereby terminated from supervised release.

IT IS SO ORDERED.

Dated:   September 24, 2022    _____
UNITED STATES DISTRICT JUDGE

1